**DYKEMA GOSSETT LLP**
Craig N. Hentschel, (S.B. #66178)
chentschel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**WILEY REIN LLP**
Floyd B. Chapman (admitted *pro hac vice*)
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7308
Facsimile: (202) 719-7049
fchapman@wileyrein.com

Attorneys for Target Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DIGITAL SPECTRUM SOLUTIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, et al., <br><br>  Defendants. | No.  SA CV 07-00730-JVS (RNBx) <br><br> **JUDGMENT** |

  THIS MATTER comes before the Court on Defendant TARGET CORPORATION's ("Target") Motion For Summary Judgment Of Non-Infringement, Or, In The Alternative, Partial Summary Judgment ("Motion").

  Having considered the parties' submissions and after conducting a hearing on February 25, 2008, the Court GRANTED the Motion in favor of Defendant Target as to all issues of infringement.  *See* Document 86, filed February 25, 2008 in Case No. SACV 07-00729-JVS (RNBx) ("Order").

1
2   As the Order disposed of all claims in the above-captioned action,
3   It is hereby ORDERED and ADJUDGED that judgment is entered in favor of the
4   Defendant Target and against the Plaintiff on all claims in the Plaintiff's Complaint.
5   This constitutes a final judgment for purposes of appeal.  While it is understood that
6   Target has additional defenses including, but not limited to, invalidity positions, there
7   is no need to address these defenses in view of the non-infringement holding.
8   To the extent, however, that any additional claims are deemed not disposed of,
9   the Court makes the express determination, in accordance with Fed. R. Civ. P. 54(b),
10  that there is no just reason for delay of entry of final judgment of non-infringement as
11  to Target.
12  Let the clerk send a copy of this Judgment to all parties of record.
13
14  IT IS SO ORDERED
15  DATE: March 19, 2008
16  _____
17                              James V. Selna
18                     UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28