AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __CENTRAL DISTRICT OF CAL__ on the following ☒ Patents or ☐ Trademarks:

SACV07-00730

| DOCKET NO.<br>1716290003 | DATE FILED<br>9/9/2003 6/22/07 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF JVS (RNBx)<br>DIGITAL SPECTRUM SOLUTIONS, INC. | | DEFENDANT<br>TARGET CORPORATION AND PHOTOCO, INC. and DOES 1 - 20. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,826,863 | 12/7/2004 | DIGITAL SPECTRUM SOLUTIONS, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Judgment |

DOCKETED ON CM
JUL - 5 2007

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| TERRY NAFISI | LORI WAGERS | 11-26-08 |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

COPY

1  **DYKEMA GOSSETT LLP**
2  Craig N. Hentschel, (S.B. #66178)
   chentschel@dykema.com
3  333 South Grand Avenue, Suite 2100
4  Los Angeles, California 90071
   Telephone: (213) 457-1800
5  Facsimile: (213) 457-1850

6  **WILEY REIN LLP**
7  Floyd B. Chapman (admitted *pro hac vice*)
8  1776 K Street, NW
   Washington, DC 20006
9  Telephone: (202) 719-7308
10 Facsimile: (202) 719-7049
   fchapman@wileyrein.com
11
12 Attorneys for Target Corporation

13
                    **UNITED STATES DISTRICT COURT**
14                  **CENTRAL DISTRICT OF CALIFORNIA**
                         **SOUTHERN DIVISION**
15

| DIGITAL SPECTRUM SOLUTIONS, INC., | No. SA CV 07-00730-JVS (RNBx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| TARGET CORPORATION, et al., | |
| Defendants. | |

22    THIS MATTER comes before the Court on Defendant TARGET
23 CORPORATION's ("Target") Motion For Summary Judgment Of Non-Infringement,
24 Or, In The Alternative, Partial Summary Judgment ("Motion").
25    Having considered the parties' submissions and after conducting a hearing on
26 February 25, 2008, the Court GRANTED the Motion in favor of Defendant Target as
27 to all issues of infringement. *See* Document 86, filed February 25, 2008 in Case No.
28 SACV 07-00729-JVS (RNBx) ("Order").

1
2      As the Order disposed of all claims in the above-captioned action,
3      It is hereby ORDERED and ADJUDGED that judgment is entered in favor of the
4  Defendant Target and against the Plaintiff on all claims in the Plaintiff's Complaint.
5  This constitutes a final judgment for purposes of appeal. While it is understood that
6  Target has additional defenses including, but not limited to, invalidity positions, there
7  is no need to address these defenses in view of the non-infringement holding.
8      To the extent, however, that any additional claims are deemed not disposed of,
9  the Court makes the express determination, in accordance with Fed. R. Civ. P. 54(b),
10 that there is no just reason for delay of entry of final judgment of non-infringement as
11 to Target.
12     Let the clerk send a copy of this Judgment to all parties of record.
13
14     IT IS SO ORDERED
15 DATE: March 19, 2008
16
17                                      _____
                                        James V. Selna
18                                      UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28